# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case Number: _10-mj-00032-GJR_

UNITED STATES OF AMERICA,

vs.

_Justin R. Medina,_ Defendant

---

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

---

I have been advised by a United States Magistrate Judge of the nature of the offense against the laws of the United States with which I have been charged and the possible penalties that I face, if I am found guilty at trial or if I plead guilty.

I further state that I have been advised by the Magistrate Judge that I have the right to a trial, judgment, and sentencing before a United States District Judge of this Court. I understand that this case may proceed before a Magistrate Judge only upon my consent.

Having been advised of the above rights, I do hereby waive the same and consent to allow all proceedings to proceed before a United States Magistrate Judge.

DATED this _13_ day of _September_, 2010.

_____          _____
Attorney for Defendant            Defendant

## ORDER

**IT IS HEREBY ORDERED** that Defendant's consent to proceed before a United States Magistrate Judge is approved. The Court finds that this consent is made freely and voluntarily, with Defendant's full knowledge of the right to proceed before a United States District Judge of this Court.

DATED this _13th_ day of _Sept_, 2010

BY THE COURT:

_____
United States Magistrate Judge