IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.  10-mj-00032-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUSTIN R. MEDINA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   May 02, 2011**

Review Hearing set for May 03, 2011 at 1:00 p.m. is **VACATED** and rescheduled to July 12, 2011 at 1:30 p.m.