IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.  10-mj-00032-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JUSTIN R. MEDINA,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   June 07, 2011**

      This matter is set for a Review Hearing on July 12, 2011 at 1:30 p.m.

      The probation officer Ms. Sherrie Blake is requested to file a brief status report with the Court concerning the Defendant's compliance with the terms and conditions of his probation, by no later than July 05, 2011.

      The Defendant and his counsel shall personally appear before the Court for the Status/Review Hearing on July 12, 2011 at 1:30 p.m.