IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.  10-mj-00032-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JUSTIN R. MEDINA,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:  June 30, 2011**

The Court **VACATES** the Review Hearing currently set for July 12, 2011 at 1:30 p.m. and continues the Review Hearing to August 09, 2011 at 1:30 p.m.

Ms. Blake shall file a status report with the Court by no later than August 08, 2011.

Defendant and his counsel shall personally appear at the review hearing now set on August 09, 2011 at 1:30 p.m.