IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.  10-mj-00032-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUSTIN R. MEDINA,

    Defendant.

## ORDER

This matter came before the United States District Court for the District of Colorado on August 9, 2011 for a review hearing. The Defendant appeared in person. Ms. Michelle Heldmyer, Assistant United States Attorney, appeared on behalf of the Government. Defendant's attorney, Mr. Daniel Shaffer, was not able to appear. The parties consented to proceeding without Mr. Shaffer. Ms. Sherrie Blake, probation officer, also appeared.

Probation Order under 18 U.S.C. § 3607 was entered on February 14, 2011.

The Defendant has not violated any condition of his probation. The Defendant has fully complied, in an exemplary manner, with all the special conditions of his probation.

The probation officer, Ms. Sherrie Blake, recommends that Defendant be discharged from probation before the expiration of the term of probation. The Government has no objection.

Accordingly, the Court, without entering a judgment of conviction, hereby **ORDERS** that the proceedings against the Defendant are **DISMISSED** and the Defendant Justin Medina is

discharged from probation.

Done this 9th day of August, 2011.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge